UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

**SECURITIES AND EXCHANGE COMMISSION,**
    **Plaintiff**
v.                                                                                             CASE NO. 3:09-CV-298-N

**STANFORD INTERNATIONAL BANK, LTD.,** *et al.*,
    **Defendants**
*****************************************************************

## NOTICE OF APPEAL

**NOTICE IS HEREBY GIVEN**, that the Louisiana Retirees, **Joseph Becker, Terence Beven, Wanda Bevis, Thomas Eddie Bowden, Linda Boyd, James E. Brown, Sr., Murphy Buell, Jerry Burris, John Buscheme, Virginia Buscheme, Robert L. Bush, Anita Ellen Carter, Ira Gene Causey, Clyde "Jim" Chisholm, Estate of Joseph A. Chustz, Darrell D. Courville, Kevin Courville, Mallory (Paige) Chastant D'Amore, Ralph D'Amore IRA, Ralph D'Amore, William Dawson, Fred Demarest, Cynthia Dore, Kenneth W. Doughtery, Marcel Dumestre, Margaret Dumestre, Gwendolyn E. Fabre, Leah Farr, Richard S. Feucht, Joan A. Feutch, Deborah Forbes, G. Kendall Forbes, Mae Giambrone on behalf of Michael Giambrone, Lynn Gildersleeve Michelli, Lynn Gildersleeve Michelli on behalf of the Estate of Willa Mae Gildersleeve, Robert Gildersleeve, Gordon Gill, Nancy Gill, Jason Graham, Robert Graham, Patrick Haney, Charles Hart, Patsy Hebert, William Bruce Johnson, William Bruce Johnson on behalf of the Aimee Lynn Johnson Trust #1-SAS, William Bruce Johnson on behalf of Benton Bruce Johnson TR II, William Bruce Johnson on behalf of Benton Bruce Johnson Trust #1, William Bruce Johnson on behalf of Mark Calvin Johnson Trust #1, William Bruce Johnson on behalf of Martha JC Johnson Gen Skpg Tr-SAS, Thomas Christian Kiebach as the independent executor of the Succession of Thomas James Kiebach, Dennis L. Kirby,**

Kerry Kling, Don Landers, Daniel Landry, Merrill Laplante, Laura Jeanette N. Lee, Troy L. Lillie, Jr., Greg Magee, Mamie C. Sanchez as power of attorney for the Estate of Mamie Helen Baumann, Claude Marquette, Ronald Marston, Charles L. Massey, Jean Anne Mayhall (individually and on behalf of Microchip ID Services, Inc. Retirement Plan), Estate of Billie Ruth McMorris, Ronald B. McMorris, Virginia H. McMorris, Microchip ID Services, Inc. Retirement Plan (Jean Anne Mayhall and John Wade), Kathy Mier, Louis Mier, Jacqueline Millet, Estate of Thomas Moran, Bobby Nix, Margaret Nix, Arthur Ordoyne, Lonnie Ordoyne, Bennie O'Rear, Estate of Claudia O'Rear, Mary Anne Paternostro, Larry W. Perkins, Monty M. Perkins, Lynn Philippe, Joseph Philippe, William Phillips, James Roland, Susan Roland, Jesse Romig, Charles R. Sanchez, Mamie C. Sanchez, Julie Savoy, Robert Schwendimann, Thomas Slaughter, Estate of G. Rogers Smith, Larry N. Smith, Robert Smith, Rodney Starkey, Carol Stegall, James "Harold" Stegall, Walter Bruce Stone, Sharon Witmer, Walter Bruce Stone as independent executor of Succession of Sharon Witmer, Terry Tarver, Terry N. Tullis, Gail Unglesby, Ronald Valentine, Anthony J. Ventrella, John Wade (individually and on behalf of Microchip ID Services Inc. Retirement Plan), Olivia Sue Warnock, Arthur Waxley, Jr., Charles L. White, Estate of Kenneth Wilkewitz, Steven Wilson, and Martha Witmer, as listed and identified on **Schedule One**, in the above-numbered and captioned matter, hereby appeal to the United States Court of Appeals for the Fifth Circuit from:

    1.    The Final Bar Order (Doc. 2519; **Exhibit A**) entered on May 16, 2017, granting the Expedited Request for Entry of Scheduling Order and Motion to Approve Proposed Settlement with Certain Underwriters at Lloyd's of London, Arch Specialty Insurance Company, and Lexington Insurance Company, To Enter Bar Order, to Enter the Final Judgments and Bar Orders,

and For Attorneys' Fees (Doc. 2324) filed by Ralph S. Janvey, in his capacity as court-appointed Receiver for Stanford International Bank, Ltd. *et al.*; and

2.      The Order (Doc. 2518; **Exhibit B**) entered on May 16, 2017 denying the Louisiana Retirees' Objections to the Expedited Request for Entry of Scheduling Order and Motion to Approve Proposed Settlement with Certain Underwriters at Lloyd's of London, Arch Specialty Insurance Company, and Lexington Insurance Company, To Enter Bar Order, to Enter the Final Judgments and Bar Orders, and For Attorneys' Fees (Doc. 2324) filed by Ralph S. Janvey, in his capacity as court-appointed Receiver for Stanford International Bank, Ltd. *et al.;* and

3.      The Order (Doc. 2521; **Exhibit C**) entered on May 16, 2017 approving Attorney's Fees in connection with the Expedited Request for Entry of Scheduling Order and to Say Related Litigation and Motion to Approve Proposed Settlement with Certain Underwriters at Lloyd's of London, Lexington Insurance Company, and Arch Specialty Insurance Co., to Enter the Bar Order, to Enter the Coverage Action Judgment and Bar Order, to Enter the Third-Party Coverage Action Judgments and Bar Orders, and for the Movants' Attorneys' Fees (Doc. 2324) filed by Ralph S. Janvey, in his capacity as court-appointed Receiver for Stanford International Bank, Ltd. *et al.*

Dated: June 12, 2017

Respectfully submitted by:

**PREIS GORDON, APLC**

s/Phillip W. Preis
Phillip W. Preis (La. Bar Roll No. 10706)
Post Office Box 2786 (70821-2786)
450 Laurel Street, Suite 2150(70801-1817)
Baton Rouge, Louisiana
Phone: (225) 387-0707
Fax: (225) 344-0510
Email: phil@preislaw.com

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 12th day of June, 2017, he filed the foregoing pleading with the Clerk of Court using the CM/ECF system and the CM/ECF system will send notification of all such filing to all counsel of record as noted on the CM/ECF system.

s/Phillip W. Preis<br>
Phillip W. Preis